UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mission Information Resources, Inc.</u>

    v.                                                    Civil No. 12-cv-172

<u>Alexander Hult</u>

<u>ORDER OF RECUSAL</u>

    I recuse myself from presiding in this case as Jamie N. Hage is on my recusal list and has entered an appearance in this matter.  The case shall be assigned to another judge.

    SO ORDERED.

                                            <u>/s/Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

September 26, 2012

cc:   Brenda P. Mitchell, Esq.
      Mark T. Broth, Esq.
      Kathleen Davidson, Esq.
      Jamie N. Hage, Esq.